IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-2748-RBJ

WILDEARTH GUARDIANS,

    Plaintiff,

v.

GINA McCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,

    Defendant.

## ORDER

The State of Oklahoma and the Oklahoma Department of Environmental Quality move to intervene either pursuant to Fed. R. Civ. P. 24(a) (intervention as of right) or 24(b)(1)(B) (permissive intervention). Plaintiff's counsel has indicated that plaintiff does not oppose the motion. Defendant's counsel has indicated that the defendant takes no position on the motion. Based on the representations in the motion, and lack of opposition, the motion to intervene [ECF No. 15] is GRANTED.

DATED this 11th day of February, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1